No. 85–279.   AMERICAN PETROFINA COMPANY OF TEXAS *v.* OIL CHEMICAL & ATOMIC WORKERS INTERNATIONAL UNION LOCAL NO. 4–23 ET AL.   C. A. 5th Cir.   The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 85–188.   KEMP, WARDEN *v.* BLAKE.   C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.

No. 85–5023.   POLAND *v.* ARIZONA; and
No. 85–5024.   POLAND *v.* ARIZONA.   Sup. Ct. Ariz.   [Certiorari granted, *ante*, p. 816.]   Motions for appointment of counsel granted, and it is ordered that H. K. Wilhelmsen, Esquire, of Prescott, Ariz., be appointed to serve as counsel for petitioners in these cases.

No. 85–5401.   IN RE DAY.   Sup. Ct. Tex.   Petition for writ of common-law certiorari denied.

No. 85–5381.   IN RE PALLETT;
No. 85–5414.   IN RE MEADOWS;
No. 85–5430.   IN RE PARRISH; and
No. 85–5441.   IN RE JOKINEN.   Petitions for writs of mandamus denied.

No. 84–902.   WARDAIR CANADA INC. *v.* FLORIDA DEPARTMENT OF REVENUE.   Appeal from Sup. Ct. Fla.   Probable jurisdiction noted.

No. 84–1904.   UNITED STATES DEPARTMENT OF THE TREASURY, BUREAU OF ALCOHOL, TOBACCO AND FIREARMS *v.* GALIOTO. Appeal from D. C. N. J.   Probable jurisdiction noted.

No. 85–62.   MAINE *v.* TAYLOR ET AL.   Appeal from C. A. 1st Cir.   Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 85–140.   BOWERS, ATTORNEY GENERAL OF GEORGIA *v.* HARDWICK ET AL.   C. A. 11th Cir.   Certiorari granted.